# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLINT STEWART, *et al.*, | )<br>) |
| Plaintiffs, | )   Case No. 2:15-cv-00585-RFB-GWF<br>) |
| vs. | )   **ORDER OF RECUSAL**<br>) |
| NATIONAL DEFAULT SERVICING CORPORATION, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 18th day of November, 2016.

                                                                                 _____<br>
                                                                               GEORGE FOLEY, JR.<br>
                                                                               U.S. MAGISTRATE JUDGE